United States District Court
Southern District of Texas
**ENTERED**
June 01, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| Shonta Jackson, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-23-400 |
| | § | |
| Wal-Mart Stores Texas, LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

On June 1, 2023, the Parties filed a Notice of Settlement (docket no. 17) announcing that a settlement has been reached in this action between Plaintiff, Shonta Jackson, and Defendant, Wal-Mart Stores Texas, LLC. Accordingly, this action is **DISMISSED WITHOUT PREJUDICE** to the right of counsel to move for reinstatement within sixty (60) days of entry of this order on presentation of adequate proof that the settlement could not be consummated. All motions currently pending are **DENIED** without prejudice. Any movant seeking to resubmit or reurge those motions must do so within fourteen (14) days from the date any motion for reinstatement is filed.

**SIGNED** at Houston, Texas, on this 1st day of June, 2023.

SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE